# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Patrick Daniel McKernan<br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-mj-01482<br>)<br>)<br>)<br>) |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:46 am, Jun 06 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TTD_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of __Anne Arundel__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child |
| 18 U.S.C. § 2252A(a)(2) | Receipt/Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Alexandria Evitts*
*Complainant's signature*

Alexandria Evitts, SA, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: June 6, 2025

*Judge's signature*

City and state: Baltimore, Maryland      Hon. Chelsea J. Crawford, U.S Magistrate Judge
*Printed name and title*