PAR6.16.25
CEM: USAO# 2025R0317



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** MJM 25cr 180 |
| v. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. 2252(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Commission of a Felony Crime Involving a Minor by a Registered Sex Offender, 18 U.S.C. § 2260A; Forfeiture, 18 U.S.C. § 2253) |
| **PATRICK DANIEL MCKERNAN,** | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

In or about November 2023 in the District of Maryland, the defendant,

**PATRICK DANIEL MCKERNAN,**

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce a prepubescent minor victim to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that such a visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, that is a series of image files, titled "IMG_0683," "IMG_0684" and "IMG_0685," that depict Minor Victim's exposed pubic area.

18 U.S.C. § 2251(a), (e)

## COUNT TWO
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charge that

In or about November 2023, in the District of Maryland, the defendant,

**PATRICK DANIEL MCKERNAN,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depicting being of such conduct, that is **MCKERNAN** used the internet to distribute a series of image files titled "IMG_0683," "IMG_0684" and "IMG_0685," depicting Minor Victim's exposed pubic area.

18 U.S.C. §§ 2252(a)(2) and 2256

## COUNT THREE
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 28, 2025, in the District of Maryland, the defendant,

**PATRICK DANIEL MCKERNAN,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a cell phone, Samsung S23 Ultra, Model SM-S918U, made in Vietnam, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT FOUR
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 28, 2025, in the District of Maryland, the defendant,

**PATRICK DANIEL MCKERNAN,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a hand-built Black Computer Tower, bearing no model number, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT FIVE
**(Commission of a Felony Crime Involving a Minor by a Registered Sex Offender)**

The Grand Jury for the District of Maryland further charges that:

In or about November 2023, in the District of Maryland, the defendant,

**PATRICK DANIEL MCKERNAN,**

committed the felony offense involving a minor charged in Count One of this indictment at times the defendant **MCKERNAN** was required to register as a sex offender under the laws of the State of Maryland.

18 U.S.C. § 2260A

## SPECIAL ALLEGATION

The Grand Jury for the District of Maryland further charges that:

Prior to November 2023, the defendant,

## PATRICK DANIEL MCKERNAN,

had a prior conviction under the law of any State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor or ward, and the production, possession, receipt, mailing, sale, distribution, shipment, and transportation of child pornography, on or about August 31, 2016, in the Circuit Court for Anne Arundel County, in Criminal Case Number: C-02-CR-16-00773, the defendant was convicted of Possession of Child Pornography in violation of Maryland Code Annotated, Criminal Law, Section, 11-208 (2015).

18 U.S.C. §§ 2251(e), 2252(b), and 2252A(b)(1), (2)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the alleged offenses charged in Counts One through Five of this Indictment.

### Sexual Exploitation of a Child Forfeiture

2. Upon conviction of any of the alleged offenses set forth in Counts One through Five of this Indictment, the defendant,

**PATRICK DANIEL MCKERNAN,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following items seized from the defendant's residence in Pasadena, Maryland, on or about May 28, 2025:

   a. Samsung S23 Ultra, Model SM-S918U; and

   b. a hand-built Black Computer Tower, bearing no model number

**Substitute Assets**

4.  If any of the property described above, as a result of any act or omission of the defendant:

    c.    cannot be located upon the exercise of due diligence;

    d.    has been transferred or sold to, or deposited with, a third party;

    e.    has been placed beyond the jurisdiction of the Court;

    f.    has been substantially diminished in value; or

    g.    has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Kelly O Hayes/CMM*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

Date: 6/18/25